# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SRG BATON ROUGE II, L.L.C.

VERSUS

PATTEN/JENKINS BR POPEYE'S,
L.L.C.

NO. 2021 CW 1545

**FEBRUARY 14, 2022**

---

In Re:    Patten/Jenkins BR Popeye's, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 679391.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT